DONALD F. FLORES, JR.                          NO. 21-CA-665

VERSUS                                         FIFTH CIRCUIT

DAVID B. CAMPBELL; NEW ERA                     COURT OF APPEAL
INFORMATION TECHNOLOGIES, LLC;
AND GLEN M. FEUCHT                             STATE OF LOUISIANA

July 15, 2022

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

**REHEARING DENIED.**

    **SMC**
    **JGG**

**CONCURS WITH REASONS**

    **FHW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

DONALD F. FLORES, JR.                        NO. 21-CA-665

VERSUS                                       FIFTH CIRCUIT

DAVID B. CAMPBELL; NEW ERA              COURT OF APPEAL
INFORMATION TECHNOLOGIES, LLC;
AND GLEN M. FEUCHT                       STATE OF LOUISIANA


 **J., WICKER CONCURS WITH REASONS**

        Respectfully, I concur in the denial of Appellee, David Campbell's, Application for Rehearing. I reiterate my position stated in my dissent from the majority's opinion in this case—that the trial court here abused its La. C.C. Art. 1920 discretion in ordering each party to bear its own costs. As I previously stated, here there are no equitable considerations that would justify a deviation from the general prevailing rule that that the prevailing party should not be assessed with costs. This litigation was necessitated by Campbell's improper actions and the evidence demonstrated no action by Flores to pointlessly incur additional costs or any other conduct to justify assessing costs against him. Moreover, as I previously stated in my dissent, the trial court in its extensive oral reasons for judgment provided no articulable facts to support the decision for each party to bear its own costs and I find no factual evidence to support any finding that the "best interests of justice" would be served in assessing costs against Flores under the facts of this case.

        Therefore, I reiterate that the only issue with which I disagree from the majority opinion, as stated in my original dissent, is the affirming of the trial court's assessment of costs in this matter. Because the application for rehearing does not raise the issue of costs, I respectfully concur in the denial of the rehearing as to the issues raised.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **07/15/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
**CLERK OF COURT**

## 21-CA-665

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (District Judge)
Samuel Bradley Rhorer (Appellant)          Daniel R. Martiny (Appellee)          Albert J. Nicaud (Appellee)
Jeffrey M. Siemssen (Appellee)

### MAILED

Honorable  Robert J. Burns,          Zachary S. Walker (Appellant)          Bret D. Guepet, Jr. (Appellee)
Judge Pro Tempore (District Judge)    Attorney at Law                        Attorney at Law
Judge Division "F"                    10566 Airline Highway                  3000 18th Street
24th Judicial District Court          Baton Rouge, LA 70816                   Metairie, LA 70002
4th Floor, Suite 4100
Gretna, LA 70053

Daniel B. Davis (Appellee)
Randall E. Estes (Appellee)
Attorneys at Law
4465 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809